396 A.2d 32

Commonwealth v. Earl Bird Jones, Appellant.

Submitted June 12, 1978. Neal S. Axe, for appellant; Robert B. Lawler, Assistant District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

HOFFMAN, J., did not participate in the consideration or decision of this case.